ROBERT J. HOCK, as Surviving Executor of CAROLINE C. HOCK, Deceased, Respondent, *v.* FREDERICK B. HOCK, Individually and as Executor of ROBERT B. HOCK, Deceased, Appellant, Impleaded with Others.

*Mortgage — foreclosure — defenses of failure of consideration and Statute of Limitations.*

*Hock* v. *Hock,* 198 App. Div. 901, affirmed.

(Submitted May 4, 1922; decided May 31, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 2, 1921, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to foreclose a mortgage upon real property. The defenses were failure of consideration and the Statute of Limitations.

*Ivan A. Gardner* and *Charles E. Taylor* for appellant.
*John Bright* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.